Mary BULL; Jonah Zern, and all others similarly situated; Laura Timbrook; Leigh Fleming; Charli Johnson; Micky Mangosing; Alexis Bronson; Marcy Corneau; Lisa Giampaoli, Plaintiffs–Appellees,

v.

CITY AND COUNTY OF SAN FRANCISCO; San Francisco County Sheriff's Department; Michael Hennessey, Sheriff; San Francisco County Sheriff's Deputies, Defendants–Appellants.

Mary Bull; Jonah Zern, and all others similarly situated; Laura Timbrook; Leigh Fleming; Charli Johnson; Micky Mangosing; Alexis Bronson; Marcy Corneau; Lisa Giampaoli, Plaintiffs–Appellees,

v.

City and County of San Francisco; San Francisco County Sheriff's Department; Michael Hennessey, Sheriff; San Francisco County Sheriff's Deputies, Defendants–Appellants.

Nos. 05–17080, 06–15566.

United States Court of Appeals, Ninth Circuit.

Feb. 20, 2009.

Mark E. Merin, Esquire, Law Offices of Mark E. Merin, Sacramento, CA, Andrew Charles Schwartz, Casper Meadows

Schwartz, PC, Walnut Creek, CA, for Plaintiffs–Appellees.

Robert Andres Bonta, Esquire, David B. Newdorf, Esquire, San Francisco City Attorney's Office, San Francisco, CA, for Defendants–Appellants.

CV–03–01840–CRB/EMC.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.